UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                               Case No.

APPROXIMATELY $94,600.00 IN
UNITED STATES CURRENCY,

ONE 2005 BENTLEY CONTINENTAL GT
COUPE, VEHICLE IDENTIFICATION
NUMBER (VIN) SCBCR63W65CO29162,
WITH ALL APPURTENANCES AND
ATTACHMENTS THEREON,

ONE CUSTOM HAND-MADE 3-D
DIAMOND SHIELD PENDANT BEARING
THE INITIALS "HK,"

ONE LADIES' BREITLING CUSTOM
BLACK MOTHER-OF-PEARL DIAMOND
WATCH, and

ONE MEN'S 10-KARAT YELLOW GOLD
DIAMOND BRACELET,

      Defendants.

## WARRANT FOR ARREST IN REM

    To:    INTERNAL REVENUE SERVICE
               Eastern District of Wisconsin

      WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 7th day of

April, 2014, by the United States Attorney for the Eastern District of Wisconsin, which seeks the

forfeiture of the above-named defendant properties pursuant to Title 18, United States Code,

Sections 981(a)(1)(A) and (C), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant properties be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant properties listed below, which are presently in the custody of the Internal Revenue Service, and to detain the same until further order of this Court:

A. Approximately $94,600 in United States currency seized by the Milwaukee Police Department from the residence of Tyrone McMillian located at 6XXX W. Darnell, Brown Deer, Wisconsin, on or about July 6, 2011, and, on or about October 28, 2013, seized by the Internal Revenue Service pursuant to seizure warrant number 13-M-581 issued by the Honorable William E. Callahan, Jr., United States Magistrate Judge for the Eastern District of Wisconsin;

B. One 2005 Bentley Continental GT Coupe bearing vehicle identification number SCBCR63W65CO29162 seized by the Milwaukee Police Department from the residence of Tyrone McMillian located at 6XXX W. Darnell, Brown Deer, Wisconsin, on or about July 6, 2011, and, on or about October 28, 2013, seized by the Internal Revenue Service pursuant to seizure warrant number 13-M-582 issued by the Honorable William E. Callahan, Jr., United States Magistrate Judge for the Eastern District of Wisconsin;

C. One custom hand-made 3-D diamond shield pendant bearing the initials "HK" seized by the Milwaukee Police Department from the residence of Tyrone McMillian located at 6XXX W. Darnell, Brown Deer, Wisconsin, on or about July 6, 2011, and, on or about October 28, 2013, seized by the Internal Revenue Service pursuant to seizure warrant number 13-M-583 issued by the Honorable William E. Callahan, Jr., United States Magistrate Judge for the Eastern District of Wisconsin;

D. One ladies' Breitling custom black mother-of-pearl diamond watch seized by the Milwaukee Police Department from the residence of Tyrone McMillian located at 6XXX W. Darnell, Brown Deer, Wisconsin, on or about July 6, 2011, and, on or about October 28, 2013, seized by the Internal Revenue Service pursuant to seizure warrant number 13-M-584 issued by the Honorable William E. Callahan, Jr., United States Magistrate Judge for the Eastern District of Wisconsin; and

E. One men's 10-karat yellow gold diamond bracelet seized by the Milwaukee Police Department from the residence of Tyrone McMillian located at 6XXX W.

Darnell, Brown Deer, Wisconsin, on or about July 6, 2011, and, on or about October 28, 2013, seized by the Internal Revenue Service pursuant to seizure warrant number 13-M-585 issued by the Honorable William E. Callahan, Jr., United States Magistrate Judge for the Eastern District of Wisconsin.

Dated this ____ day of _____, 2014, at Milwaukee, Wisconsin.

                        JON W. SANFILIPPO
                        Clerk of Court

       By: _____
                        Deputy Clerk

## Return

This warrant was received and executed with the arrest of the above-named defendants.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

3

Case 2:14-cv-00394-WED   Filed 04/07/14   Page 3 of 3   Document 1-3